AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

          Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 123-063

JENIES MARTIN; MONICA MARTIN;
SHANNEN BROWN; and
WHITLEY BROWN,

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered April 26, 2024, Judgment is entered in favor of Plaintiff against Defendant Jenies Martin. Judgment is also hereby entered in favor of Defendants Monica Martin, Shannen Brown, and Whitley Brown against Defendant Jenies Martin on their crossclaim. Further, Defendants are permanently enjoined from initiating any other action against Plaintiff for recovery of benefits as set forth in the Order of this Court (doc. 34). The Clerk is directed to distribute the $87,803.64 of interpleader funds currently held in the Court's Registry, plus any accrued interest, to Defendant Monica Martin. Upon the final distribution of funds, this case stands closed.



| 4/26/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020